**Order entered April 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00382-CV**

**J & A COATING, LLC, Appellant**

**V.**

**PPG INDUSTRIES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09326**

**ORDER**

Before the Court is appellant's April 27, 2020 motion for an extension of time to file its brief on the merits. Because it appears appellant has not requested preparation of the reporter's record, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). We **GRANT** appellant's motion for an extension and extend the time to **May 4, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court; and, all parties.

/s/    BILL WHITEHILL
       JUSTICE